IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

**THIDA VA**,

 Plaintiff,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,

 Defendant.

### DEFENDANT'S NOTICE OF REMOVAL

TO:   PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel, Katie B. Johnson and Tetyana V. Beschastna, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.   State Farm Mutual Automobile Insurance Company ("State Farm") is the Defendant in the above titled action, originally filed in the District Court of Denver County, Colorado, Case No. 2025CV034013. On or about November 7, 2025, Plaintiff, Thida Va ("Ms. Va") filed her Complaint and Jury Demand in Denver County District Court, Colorado. The Complaint seeks recovery of damages as to State Farm based on allegations of Breach of Contract for Underinsured Motorist Benefits, Common Law Bad

Faith, and violation of C.R.S. § 10-3-1115 and 1116. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Upon information and belief, and pursuant to a Public Records search, Ms. Va is a citizen of the State of Colorado, and has been since at least 2021, and owns property in Douglas County, Highlands Ranch, Colorado. *See* **Exhibit A** at ¶1. Defendant State Farm is incorporated in and has a principal place of business in the State of Illinois and thus, is a citizen of the State of Illinois. *See* Documents on File with Colorado Secretary of State, **Exhibit B**; *see also* **Exhibit A** at ¶ 2.

4. The amount in controversy exceeds $75,000. Plaintiff confirms that she seeks a monetary judgment over $100,000.00 in her District Court Civil Case Cover Sheet. *See* **Exhibit C**. S*ee also Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet"). Further, Plaintiff alleges her damages include economic and non-economic losses, injuries and damages, including but not limited to, past and future medical expenses, permanent limitation, injuries, and/or disfigurement, pain and suffering, loss

of enjoyment of life, emotional distress, and other damages, *see* **Exhibit A** at ¶¶ 86-90,; and she seeks a judgment in excess of $100,000.00, exclusive of interest and costs. *See* District Court Civil Case Cover Sheet, **Exhibit C**. Further, Plaintiff seeks UIM benefits from the Policy issued by Defendant State Farm with limits of $250,000 per person, *see* **Exhibit A** at ¶ 12.

5.   Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6.   This Notice of Removal is timely under 28 U.S.C. §1446(b).  State Farm has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal.  Undersigned counsel signed a Waiver of Service of Plaintiff's Complaint and Jury Demand on behalf of State Farm on December 29, 2025.   *See* **Exhibit D**. Thus, State Farm's Notice of Removal is due January 28, 2026.

**COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

7.   Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached.  Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Denver.  *See* **Exhibit E**.  The process, pleadings, and orders are captioned as follows:

| | |
|---|---|
| **Exhibit A** | Complaint and Jury Demand; |
| **Exhibit B** | Filing with the Secretary of State for State Farm; |

| | |
|---|---|
| **Exhibit C** | District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint; |
| **Exhibit D** | Waiver of Service for State Farm; |
| **Exhibit E** | State Notice of Intent to Remove; |
| **Exhibit F** | Register of Actions, Denver County District Court. |

8. State Farm has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of the Notice of Removal will be promptly filed with the Clerk of Court for the County of Denver in Civil Action No. 2025CV034013. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel. The register of actions is attached as **Exhibit F**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, State Farm Mutual Automobile Insurance Company respectfully requests that this case be removed from the District Court for the County of Denver, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 20th day of January, 2026.

                                       */s/ Tetyana V. Beschastna*
                                       Katie B. Johnson
                                       Tetyana V. Beschastna

Sutton | Booker | P.C.<br>
4949 S. Syracuse St., Ste. 500<br>
Denver, Colorado 80237<br>
Telephone: 303-730-6204<br>
Facsimile: 303-730-6208<br>
E-Mail: kjohnson@suttonbooker.com<br>
tbeschastna@suttonbooker.com<br>
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2026, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system and will send electronic mail notification of such filing to the following:

Brianne N. Falgien
Vinod K. Iyer
Andrew C. Bedell
Falgien Warr & Iyer, P.C.
4251 Kipling Street, Suite 525
Wheat Ridge, Colorado 80033
*Attorneys for Plaintiff*

/s/ Ginger K. Bryant
*A duly signed original is on file at Sutton | Booker | P.C.*

5